**UNITED STATES of America, Plaintiff-Appellee, v. Morris LUCKMAN et al., Defendants-Appellants.**

**No. 7870.**

Circuit Court of Appeals, Third Circuit.

Argued March 6, 1942.

Decided March 30, 1942.

George R. Sommer, of Newark, N. J., for appellants.

Paul Mulcahy, of Newark, N. J. (Charles M. Phillips, U. S. Atty., of Trenton, N. J., Joseph Lawrence, Director, Bond and Spirits Division, Harry B. DeAtley, Assistant to Director, and B. H. Pester, Chief, Bond and Tax Section, Department of Justice, all of Washington, D. C., on the brief), for appellee.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed on the opinion of Judge Walker, D.C., 44 F.Supp. 587.